## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **MARIO ENRIQUE BLANCO CORTEZ,** | : Case No. 1:26-cv-222 |
| | : |
| **Petitioner,** | : **Judge Douglas R. Cole** |
| | : |
| vs. | : |
| | : **Magistrate Judge Kimberly A. Jolson** |
| **DETROIT DISTRICT DIRECTOR, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"),** *et al.*, | : |
| | : |
| **Respondents.** | |

## ORDER

Petitioner, Mario Enrique Blanco Cortez, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2241. (Doc. 1-1). The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05.

Petitioner has filed a motion for leave to proceed *in forma pauperis* (Doc. 1) and an amended motion for leave to proceed *in forma pauperis* (Doc. 4). Neither contains sufficient information from which the Court could conclude that Petitioner is unable to pay the required filing fee, which is $5. Specifically, while Petitioner answered questions about whether he has received income from sources other than his most recent employment, he did not answer the question whether he has any cash on hand or money in a savings, checking, or other account. Petitioner is **DIRECTED, within seven (7) days** of the date of this Order, to supplement his motion for leave to proceed *in forma pauperis* (Doc. 4) by indicating whether he has any cash on hand or money in a savings, checking, or other account, so that the Court may fulfill its

obligation to determine whether Petitioner is unable to pay the $5 filing fee required to commence this habeas corpus action.

**IT IS SO ORDERED.**

March 11, 2026                          *s/Kimberly A. Jolson*
                                                      KIMBERLY A. JOLSON
                                                      United States Magistrate Judge